# United States District Court

CENTRAL DISTRICT OF ILLINOIS

E-FILED
Friday, 07 October, 2005 10:28:16 AM
Clerk, U.S. District Court, ILCD

FILED
OCT 0 7 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

**CRIMINAL COMPLAINT**

DEWAYNE O PHILLIPS

CASE NUMBER: 05-M-6044

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From on or about October 5, 2005 in Peoria County, in the Central District of Illinois defendant, (Track Statutory Language of Offense)

did knowingly possess more than 50 grams of a substance containing cocaine base (crack), a Schedule II controlled substance, with intent to distribute,

in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

I further state that I am a(n) Task Force Officer and that this Complaint is based on the following facts:

See attached Affidavit

Continued on the attached sheet and made a part hereof:  ☒ Yes ☐ No

/s/ John P. Couve
Signature of Complainant

Sworn to before me and subscribed in my presence,

October 7, 2005 at Peoria, Illinois
Date                              City and State

John A. Gorman
United States Magistrate Judge          s/John A. Gorman

Name & Title of Judicial Officer        Signature of Judicial Officer

AFFIDAVIT IN SUPPORT OF COMPLAINT

1. Complainant has been a police officer with the City of Peoria for the past eighteen years and is currently assigned to the Special Investigations Division (SID), Vice and Narcotics Unit. Complainant has attended basic law enforcement classes and a Cook County Multi-County Enforcement Group (MEG) forty hour basic narcotics investigation school. Complainant was recently sworn in as a Federal Task Force Officer with the DEA in Springfield, Illinois.

2. This affidavit is made in support of an application for an arrest warrant for Dewayne O. PHILLIPS. The unlawful activities are the possession with intent to distribute more than fifty grams of a mixture and substance containing crack cocaine, in violation of Title 21 U.S.C., Section 841 (a)(1) and (b)(1)(A).

3. Your affiant is familiar with the following facts based upon your affiant's personal observations and upon information officially supplied to your affiant by other law enforcement agents or the people described in this affidavit.

4. On October 5, 2005, affiant and members of the Peoria Police S.I.D. unit conducted surveillance at 1612 W. Tiffany, Peoria, Illinois. Members of the Peoria Police S.I.D. unit had received previous information that PHILLIPS was a trafficker of cocaine in the Peoria area. Prior to the surveillance, affiant checked Illinois Secretary of State and found PHILLIPS to have a revoked driver's license. PHILLIPS was seen leaving 1612 W. Tiffany and entering a blue 1991 Cadillac with environmental license plate #E126123. Surveillance officers followed PHILLIPS to McDonald's Restaurant, 7720 N. University, Peoria, Illinois. PHILLIPS met two individual subjects on separate occasions for a short period of time and then parted ways. From surveillance officer's training and experience, it appeared that PHILLIPS was making illegal drug transactions. The decision was made to arrest PHILLIPS for driving with a revoked driver's license when PHILLIPS appeared to be making another illegal drug transaction. A third subject pulled into the McDonald's parking lot and parked next to PHILLIPS, who was sitting in the listed Cadillac. The subject got out of his vehicle and entered the passenger side of PHILLIPS' Cadillac. Surveillance officers converged on the Cadillac and PHILLIPS was arrested at this time. At the time of his arrest, approximately 6.2 grams of crack cocaine and approximately 8.0

grams of powder cocaine were located in Cadillac center console cup holder.  Surveillance was conducted on the residence at 1612 W. Tiffany, Peoria, Illinois after PHILLIPS was arrested.  Officer Marion III of the S.I.D. unit prepared a complaint for search warrant and search warrant for 1612 W. Tiffany, Peoria, Illinois.  These documents were taken before Judge C. Fredericksen, who reviewed and signed the documents at 10:07 p.m., October 5, 2005.

5. The search warrant was executed at the residence.  During the search, approximately 649 grams of suspected crack cocaine and 146 grams of suspected powder was located in a canvas bag on the kitchen counter.  P.O. Wilson conducted a field test on the suspected crack cocaine using the Valtox kit and a positive reaction for the presence of cocaine was observed.

6. Inside the home, officers also found a Glock .45 caliber handgun, a digital scale with suspected cocaine residue on it, over $200,000.00 in U.S. Currency and paperwork in PHILLIPS' name at the listed address.

7. Based on the information in this affidavit, your affiant requests the issuance of an arrest warrant for Dewayne O. PHILLIPS.

s/John P. Couve
TFO John P. Couve
Drug Enforcement Administration

Sworn to and subscribed to
Before me this date

October 7, 2005

s/John A. Gorman
United States Magistrate Judge
John A. Gorman
Peoria, Illinois

2