**E-FILED**
Tuesday, 11 October, 2005  12:56:28 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES OF AMERICA
## UNITED STATES DISTRICT COURT
## CENTAL DISTRICT OF ILLINOIS
## PEORIA DIVISION



FILED

OCT 1 1 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 04-M-6044 |
| | ) | |
| DEWAYNE O. PHILLIPS, | ) | |
| | ) | |
| Defendant. | ) | |

### ENTRY OF APPEARANCE

**NOW COMES** Attorney, **KEVIN F. SULLIVAN**, who enters his appearance on behalf of Defendant, **DEWAYNE O. PHILLIPS**, in this cause.  Attorney, **KEVIN F. SULLIVAN**, further states that he is an attorney in good standing and authorized to appear before this and every Court to which he has been admitted to practice.

Date: October 11th, 2005.

s/ Kevin F. Sullivan
**KEVIN F. SULLIVAN,**

### Proof of Service

I, **KEVIN F. SULLIVAN**, personally delivered a copy of this Entry of Appearance to the United States Attorney, on October 11th, 2005.

s/ Kevin F. Sullivan
**KEVIN F. SULLIVAN**

Kevin F. Sullivan
Attorney at Law
110 SW Jefferson
Suite 530
Peoria, IL 61602
(309) 672-2009